UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on
**6/1/2007**
by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

**Anthony C. Giordano, III**

Case No.: **07-13989-RTL**

Hearing Date: **6/25/07 @ 10AM**

Judge: Hon. Raymond T. Lyons, U.S.B.J.

ORDER TO SHOW CAUSE

The relief set forth on the following pages is    hereby **ORDERED**.

**DATED: 6/1/2007**

Honorable Judge Raymond T. Lyons
United States Bankruptcy Judge

**(Page 2)**

Debtor: **Anthony C. Giordano, III**

Case No: **07-13989-RTL**

Caption of Order:   Order to Show Cause

The following order is hereby entered:

This matter being opened to the court <u>sua</u> <u>sponte</u> and it appearing that the within debtor has filed A Certificate Of Credit Counseling on  **4/2/07**

    **IT IS HEREBY ORDERED** that the debtor show cause before this court on **6/25/07 @ 10AM**

or as soon thereafter as counsel may be heard in Courtroom #8, Second Floor of the Clarkson S. Fisher United States Courthouse why an order should not be entered dismissing the above case for failure to receive credit counseling prior to the bankruptcy filing.

*Approved by Judge Raymond T. Lyons June  01, 2007*